IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **LE-VEL BRANDS, LLC**<br><br>        Plaintiff,<br><br>v.<br><br>**DMS NATURAL HEALTH, LLC**<br><br>        Defendant. | CIVIL ACTION NO. 4:20-cv-398 |

### PLAINTIFF'S AGREED MOTION FOR EXTENSION

Plaintiff Le-Vel Brands, LLC ("Le-Vel"), with the consent of Defendant DMS Natural Health, LLC ("DMS"), files this motion requesting the Court extend its deadline to respond to Defendant's Motion to Dismiss or Transfer Pursuant to the First-to-File Rule, or in the Alternative to Stay the Case (Dkt. #9). In support of their motion, Plaintiff respectfully submits as follows:

Plaintiff's current response deadline is August 17, 2020. Plaintiff seeks an additional two weeks to fully research and prepare its response to Defendant's motion. Defendant's counsel has agreed to extend the deadline for Plaintiff to respond to Defendant's motion to August 31, 2020. Accordingly, Plaintiff requests that the Court extend its deadline to respond to Defendant's motion to August 31, 2020.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court extend its deadline to respond to Defendant's motion to and including **August 31, 2020**.

Dated:  August 13, 2020         Respectfully submitted,

**SIEBMAN, FORREST, BURG & SMITH, L.L.P**

*/s/ Anna Rebecca Skupin*
Anna Rebecca Skupin
TX Bar No. 24084272
Federal Courthouse Square
300 N. Travis
Sherman, TX  75090
(903) 870-0070
(903) 870-0066 Telefax
beccaskupin@siebman.com

**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 13, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

*/s/ Anna Rebecca Skupin*
Anna Rebecca Skupin

2