IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Le-Vel Brands, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>DMS Natural Health, LLC,<br><br>　　　Defendant. | CIVIL ACTION NO. 4:20-cv-398-SDJ |

**JOINT STIPULATION REGARDING TESTIMONY OF
JASON CAMPER AND PAUL GRAVETTE**

Plaintiff Le-Vel Brands, LLC and Defendant DMS Natural Health, LLC jointly stipulate that the co-founders and co-CEOs of Le-Vel, Jason Camper and Paul Gravette, will not be called to testify at trial.

Dated:  June 11, 2021                                      Respectfully submitted,

*/s/ Darlene F. Ghavimi*                                  */s/ Mark Sommers*

Darlene F. Ghavimi
TBN:  24072114
Darlene.Ghavimi@klgates.com
K&L GATES LLP
2901 Via Fortuna, Suite 350
Austin, Texas 78746
512.482.6800

Katherine L. Allor (*pro hac vice*)
katy.allor@klgates.com
K&L GATES LLP
70 West Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone:  (302) 372-1121
Fax:  (312) 827-8000

*Attorneys for DMS Natural Health, LLC*

Mark Sommers (*pro hac vice*)
mark.sommers@finnegan.com
Patrick J. Rodgers (*pro hac vice*)
patrick.rodgers@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
　GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001
Telephone:     (202) 408-4000
Facsimile:      (202) 408-4400

Morgan Smith (*pro hac vice*)
morgan.smith@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
　GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, CA 94304

2

        Telephone:   (650) 849-6600
        Facsimile:   (650) 849-6666

*/s/ Emileigh S. Hubbard*
Vic Houston Henry
TBA No. 09484250
vhhenry@hoaf.com
Emileigh Stewart Hubbard
TBA No. 24076717
ehubbard@hoaf.com
**HENRY ODDO AUSTIN & FLETCHER**
  **a Professional Corporation**
1700 Pacific, Suite 2700
Dallas, Texas 75201
Telephone: (214) 658-1900
Facsimile:  (214) 658-1919

*Attorneys for Le-Vel Brands, LLC*

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on June 11, 2021, a copy of the foregoing document was served on all counsel of record via this Court's CM/ECF electronic filing system.

        */s/ Emileigh S. Hubbard*