# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **LE-VEL BRANDS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**DMS NATURAL HEALTH, LLC**<br><br>Defendant. | CIVIL ACTION NO. 4:20-cv-398<br><br><br><br>**DEMAND FOR JURY TRIAL** |

## DMS NATURAL HEALTH, LLC'S UNOPPOSED
## MOTION TO WITHDRAW ATTORNEY CHRISTOPHER J. ("CJ") FAHY

Pursuant to Local Rule CV-11(c), Defendant DMS Natural Health, LLC ("DMS") hereby files this unopposed motion for withdrawal of attorney Christopher J. ("CJ") Fahy as counsel for DMS in this action. The undersigned will remain counsel of record for DMS in this action.

Upon the Court's granting of this motion, it is requested that the Clerk of Court please remove attorney Christopher J. ("CJ") Fahy from the list of counsel receiving notices of electronic filings in this case.

Dated January 26, 2024

Respectfully submitted,

By: /s/ *Darlene F. Ghavimi*
Darlene F. Ghavimi
TX Bar No. 24072114
K&L GATES LLP
Darlene.Ghavimi@klgates.com
2801 Via Fortuna, Suite 650
Austin, Texas 78746
512.482.6800

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(i) that counsel for Defendant and counsel for Plaintiff conferred on January 25, 2024 and the relief requested in this motion is not opposed.

/s/ *Darlene F. Ghavimi*
Darlene F. Ghavimi

**CERTIFICATE OF SERVICE**

The undersigned herby certifies that a copy of the forgoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel of record who have consented to electronic notifications on January 26, 2024.

/s/ *Darlene F. Ghavimi*
Darlene F. Ghavimi