UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LE-VEL BRANDS, LLC § | |
| § | |
| v. § | CIVIL NO. 4:20-CV-398-SDJ |
| § | |
| DMS NATURAL HEALTH, LLC § | |

## ORDER

Before the Court are two unopposed motions filed by Defendant DMS Natural Health, LLC seeking to withdraw attorneys Katherine L. Allor, (Dkt. #123), and Christopher J. ("CJ") Fahy, (Dkt. #124). Having considered the motions, the Court concludes that they should be **GRANTED**.

It is therefore **ORDERED** that Defendant's motions, (Dkt. #123, #124), are **GRANTED**. Katherine L. Allor and Christopher J. ("CJ") Fahy are withdrawn as counsel for Defendant DMS Natural Health, LLC.

So ORDERED and SIGNED this 31st day of January, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE