UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LE-VEL BRANDS, LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-398-SDJ |
| | § | |
| DMS NATURAL HEALTH, LLC | § | |

## ORDER

Before the Court is Plaintiff's motion to withdraw attorneys Vic H. Henry and Emileigh S. Hubbard. (Dkt. #126). Having considered the motion, the Court concludes that it should be **GRANTED**.

It is therefore **ORDERED** that Plaintiff's motion, (Dkt. #126), is **GRANTED**. Vic H. Henry and Emileigh S. Hubbard are withdrawn as counsel for Plaintiff.

The Clerk is instructed to terminate Vic H. Henry and Emileigh S. Hubbard as counsel and remove them from all CM/ECF notices in this action.

**So ORDERED and SIGNED this 13th day of February, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE