# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **LE-VEL BRANDS, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **DMS NATURAL HEALTH, LLC** <br><br> Defendant. | CIVIL ACTION NO. 4:20-cv-398 |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Douglas A. Rettew, Patrick J. Rodgers, Mark Sommers, Morgan E. Smith, and Daniel R. Mello, Jr. have previously entered appearances as counsel for Plaintiff Le-Vel Brands, LLC ("Plaintiff"). Plaintiff has retained other counsel who have entered appearances for Plaintiff. Plaintiff has requested, and Douglas A. Rettew, Patrick J. Rodgers, Mark Sommers, Morgan E. Smith, and Daniel R. Mello, Jr. have agreed, to withdraw from representing Plaintiff in this action. Pursuant to Local Rule CV-11(c), Plaintiff hereby files this unopposed motion for withdrawal of attorneys Douglas A. Rettew, Patrick J. Rodgers, Mark Sommers, Morgan E. Smith, and Daniel R. Mello, Jr. as counsel for Plaintiff in this action. Maia T. Woodhouse, lead counsel for Plaintiff, will remain counsel of record for Plaintiff in this action.

Upon the Court's granting of this motion, it is requested that the Clerk of Court please remove attorneys Douglas A. Rettew, Patrick J. Rodgers, Mark Sommers, Morgan E. Smith, and Daniel R. Mello, Jr. from the list of counsel receiving notices of electronic filings in this case.

Date:  February 13, 2024                                Respectfully submitted,

*/s/ Mark Sommers*
Mark Sommers (*pro hac vice*)
mark.sommers@finnegan.com
Douglas A. Rettew (*pro hac vice*)
doug.rettew@finnegan.com
Patrick J. Rodgers (*pro hac vice*)
patrick.rodgers@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(i) that counsel for Defendant and counsel for Plaintiff conferred on February 13, 2024 and the relief requested in this motion is not opposed.

*/s/ Vic H. Henry*
Vic H. Henry

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a copy of the forgoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel of record who have consented to electronic notifications on February 13, 2024.

*/s/ Vic H. Henry*
Vic H. Henry