UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LE-VEL BRANDS, LLC | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-398-SDJ |
| | § | |
| DMS NATURAL HEALTH, LLC | § | |

## **ORDER**

Before the Court is Plaintiff's motion to withdraw attorneys Douglas A. Rettew, Patrick J. Rodgers, Mark Sommers, Morgan E. Smith, and Daniel R. Mello, Jr. (Dkt. #128). Having considered the motion, the Court concludes that it should be **GRANTED**.

It is therefore **ORDERED** that Plaintiff's motion, (Dkt. #128), is **GRANTED**. Douglas A. Rettew, Patrick J. Rodgers, Mark Sommers, Morgan E. Smith, and Daniel R. Mello, Jr. are withdrawn as counsel for Plaintiff.

The Clerk is instructed to terminate Douglas A. Rettew, Patrick J. Rodgers, Mark Sommers, Morgan E. Smith, and Daniel R. Mello, Jr. as counsel and remove them from all CM/ECF notices in this action.

**So ORDERED and SIGNED this 14th day of February, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE